FILED, Clerk U.S. District Ct.
AUG - 1 2008
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHEN OTTO REITZ,

    Petitioner,

v.

CHARLES HARRISON, Warden,

    Respondent.

Case No. CV 07-1119-ABC (JTL)

**JUDGMENT**

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 8/1/08

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE