# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN OTTO REITZ, | Case No. CV 07-1119-ABC (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHARLES HARRISON, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 22, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE