# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN OTTO REITZ,<br><br>    Petitioner,<br><br>    v.<br><br>CHARLES HARRISON, Warden,<br><br>    Respondent. | Case No. CV 07-1119-ABC (JTL)<br><br>ORDER GRANTING CERTIFICATE OF APPEALABILITY |

On November 12, 2008, Stephen Otto Reitz ("Petitioner") filed a Petition for Certificate of Appealability based on the Judgment entered in this case on October 22, 2008. See 28 U.S.C. § 2253.

After review of the contentions made by Petitioner therein, this Court concludes that the proposed appeal is not plainly frivolous and contains questions of sufficient substance to support the issuance of a certificate of appealability. In particular, in accordance with 28 U.S.C. § 2253(c)(2), the Court finds that Petitioner has made the requisite substantial showing of a denial of a constitutional right with respect to the following issues:

    (1) Whether the trial court violated Petitioner's Fourteenth Amendment Due Process rights by limiting the testimony of two of Petitioner's expert witness regarding a person's ability to commit an act of violence and murder while sleepwalking.

      (2) Whether Petitioner's Sixth Amendment rights under the Confrontation Clause were violated when the trial court admitted six hearsay statements made by Eva, the decedent.

THEREFORE, pursuant to 28 U.S.C. Section 2253, Petitioner's request for a Certificate of Appealability is GRANTED as to the issues set forth above.

Dated: December 2, 2008

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Jennifer T. Lum

Jennifer T. Lum
United States Magistrate Judge